

# Fourth Court of Appeals
## San Antonio, Texas

August 25, 2015

No. 04-15-00214-CV

**IN RE** Juan Miguel **MATA**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Justice
Luz Elena D. Chapa, Justice
Jason Pulliam, Justice

On April 10, 2015, relator filed a petition for writ of mandamus which was denied in an opinion issued April 29, 2015. Relator filed a supplemental petition for writ of mandamus with a brief in support and additional record materials not provided with the initial mandamus petition on June 15, 2015. Relator complains of the trial court's failure to consider and rule upon various pending motions in the underlying family law proceeding.

This court issued an order requesting a response to the supplemental mandamus petition on June 22, 2015. On July 16, 2015, the court received a voluntary order of recusal signed by the Honorable Francisco G. Ponce, who had been sitting as the presiding judge in the underlying matter. This court has been advised that the order of general assignment signed by Judge David Peeples on July 8, 2013, is the current order of assignment. Pursuant to that order, the Honorable Amado Abascal has been assigned as the active judge of the County Court for Dimmit County.

In light of Judge Ponce's voluntary recusal, we issue this second order requesting a response to relator's supplemental petition. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real party in interest may file a response to the supplemental petition for writ of mandamus in this court no later than September 15, 2015.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's motions to compel and to contest the recusal are DENIED. Relator's motion for extension of time to file a reply in this court is DENIED AS MOOT as no response has yet been filed by any other party to this original proceeding.

---

[1] This proceeding arises out of Cause No. 2714, styled *In the Matter of Maria Elena Mata and Juan Miguel Mata*, pending in the County Court, Dimmit County, Texas, the Honorable Amado Abascal presiding.

It is so **ORDERED** on August 25, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk